

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00020-CV

Robert M. **STONE**, Raymond S. DeLeon, and John Salas,
Appellants

v.

**THE CARLSON LAW FIRM**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16271
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against appellants.

SIGNED March 27, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice